UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LATONYA GORE,

               Plaintiff,

     v.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY ET AL.,

               Defendants.

Case No. C26-5156-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On March 5, 2026, Defendant Philadelphia Indemnity Insurance Company filed a Notice of Settlement indicating that a settlement had been reached between it and Plaintiff and that this matter would be dismissed upon perfection of the settlement. *See* Dkt. 7. To date, the parties have not moved to dismiss this matter. The parties are hereby DIRECTED to file a joint status

///

///

///

MINUTE ORDER - 1

report by **June 16, 2026**, informing of the status of this matter with respect to each named defendant.

Dated this 9th day of June, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2